UNITED STATES of America,
Plaintiff–Appellee,

v.

Rodney Eugene SMITH, Defendant–
Appellant.

No. 03–6220.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 23, 2003.

Rodney Eugene Smith, Appellant Pro Se. Karen B. George, Office Of The United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Rodney Eugene Smith appeals the district court's order denying his "Verified Emergency Petition to Arrest Judgment for Lack of Subject Matter Jurisdiction." We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Smith,* No. CR–01–7 (S.D.W.Va. Jan. 13, 2003). We deny Smith's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*